UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| ROBERTA JEAN STRAND, | Civil No. 6:17-CV-01706-MC |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on this stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings before an administrative law judge (ALJ), a de novo hearing, and a new decision. On remand, the ALJ will:

- Evaluate the March 2016 opinion of treating physician Harold Harmon, M.D.;

- Reevaluate the claimant's residual functional capacity and the step four and step five findings, as necessary.

The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 6th day of September, 2018.

_____
HONORABLE MICHAEL J. MCSHANE
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney


s/ Jeffrey R. McClain_____
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2945